

## Stan Derwin Brown
### ATTORNEY AT LAW

Stan Brown, Esq.

Stan Derwin Brown Law Office, LLC
1300 Caraway Court, Suite 101 • Largo, Maryland 20774-5462
Telephone: 301.883.8888 • Fax: 301.883.8606
Website: StanBrown.law & CrimeVictim.law
E-mail: attorney@StanBrown.net
*Licensed in Maryland & Washington, D.C.*

**March 26, 2019**

**Honorable George J. Hazel**
**United States District Judge**
**6500 Cherrywood Lane**
**Greenbelt, Maryland 20770**

**Re:    Steven Franco, et al. v. The City of Seat Pleasant, Maryland, et al.**
**Case No. GJH-18-2027**

Dear Judge George J. Hazel:

This letter is in response to your March 21, 2019 *Order and Memorandum Opinion* wherein you instructed that "[w]ithin 14 days of this Order, Plaintiffs shall submit a 2 - 3 page letter summarizing any facts they would include in an Amended Complaint."

Please note that on page seven (7) of your *Memorandum* you correctly concluded that the Plaintiffs' "must be afforded a reasonable opportunity for discovery" if it is essential to the nonmoving party's ability to oppose the motion." Plaintiffs did not file an affidavit or declaration under Fed. R. Civ. P. 56(d), but Plaintiffs in fact put the district court on notice of the reasons why summary judgment was premature------- **on April 10, 2018 Plaintiffs filed Request for Documents, Interrogatories, Request for Admissions and Notice of Service Regarding Discovery on all defendants prior to removal to federal court.** The *Notice of Service Regarding Discovery* documents were part of the pleadings removed to federal court. Defendants removed the case to federal court and never responded to the Plaintiffs' discovery.

Once the case was removed to federal court discovery was automatically halted pursuant to federal rules. The district court did not issue a *Scheduling Order* or conduct a *Case Management Conference*, to allow discovery to continue, during the past eleven months subsequent to removal. Therefore Plaintiffs were under the impression that a request for discovery once the case was removed to federal court would be redundant to its previously filed discovery requests.

However, the plaintiffs' lawsuit successfully obtained its desired result----on June 4, 2018 the City of Seat Pleasant repealed the unconstitutional Special Tax.

Therefore, the Plaintiffs withdraw their request for leave to amend their Complaint.

Respectfully,

Stan Brown, Esq.
**Counsel for Plaintiffs**

cc  Victoria M. Shearer, Esq.
**Counsel for Defendants**

Stan Brown, Esq.
Stan Derwin Brown Law Office, LLC
1300 Caraway Court • Suite 101 • Largo, Maryland 20774-5462
Telephone: 301.883.8888 • Fax: 301.883.8606
Website: StanBrown.law
E-mail: attorney@StanBrown.net

Page **2** of **2**